## Walter Kudela, Appellee, v. Northwestern Securities Company et al., Appellees. Gustave Spitzer, Appellant.

### Gen. No. 42,038.

Heard in third division, first district, this court at October term, 1941; opinion filed July 3, 1942. Bernard Rosencranz, for appellant; Max Krauss, for appellee; Merwin S. Rosenberg, of counsel. Opinion by JUSTICE HEBEL. "Not to be published in full."